UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS E. TUMLINSON (pro se), DEBORAH A. TUMLINSON (pro se),<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICES (SPS), CHASE HOME LOAN, REAL INDUSTRY, INC.,<br><br>Defendant. | Case No.: 18cv1111-CAB-JLB<br><br>**ORDER SUA SPONTE REMANDING CASE TO STATE COURT** |

On April 23, 2018, Plaintiffs Douglas E. Tumlinson and Deborah A. Tumlinson ("Plaintiffs") filed a complaint in the Superior Court of the State of California against Defendants Select Portfolio Servicing, Inc. ("SPS"), Chase Home Loans, and Real Industry, Inc., Case No. 37-2018-00019966-CR-OR-CTL (the "State Court Action"), setting forth numerous state law claims regarding the foreclosure of their home. On May 31, 2018, Defendant SPS filed a notice of removal, claiming that this Court has original jurisdiction under 28 U.S.C. §1331 because the complaint asserts a claim for declaratory relief that is premised on a violation of the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. §§1601, *et seq.* [Doc. No. 1 at 3, ¶9.]

1

A review of the complaint shows there is no federal question jurisdiction in this case. All of the causes of action are state law claims. While the claim for declaratory relief does mention Defendants allegedly failing to comply with RESPA, it does not seek RESPA remedies. Rather, Plaintiffs seek a declaration that Defendant SPS had no right to conduct the Trustee's sale for many reasons, including violating RESPA. But Plaintiffs do not seek the statutory damages available under RESPA. *See* 12 U.S.C. §2605(f)(1). Thus, the reference to RESPA in the complaint is incidental and cannot be the basis for removal. *See Rains v. Criterion Systems, Inc.*, 80 F.3d 339, 343-344 (9th Cir. 1996)(although a federal statute was referred to in the complaint, the claim sued under did not "arise under" the federal statute; it arose under state law); *Berg v. Leason*, 32 F.3d 422, 425-426 (9th Cir. 1994)(incidental federal issues are insufficient for removal).

Because Plaintiffs do not assert any federal claims and there are no allegations of diversity between Defendants and Plaintiffs, the Court lacks subject matter jurisdiction over Plaintiffs' complaint. Accordingly, the case is *sua sponte* **REMANDED** to state court.

IT IS SO ORDERED.

Dated: June 4, 2018

Hon. Cathy Ann Bencivengo
United States District Judge